CHESTER R. SWEDE, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. CITY OF CLIFTON, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 39 *N. J. Super.* 366.

*Mr. John G. Dluhy* and *Mr. Mervyn R. Montgomery* for
the petitioners.

*Mr. Grover C. Richman, Jr., Mr. John F. Crane* and *Mr.
John C. Barbour* for the respondents.

May 7, 1956. Granted.

EDWARD FRIEDMAN, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. TAPPAN DEVELOPMENT CORPORATION, DEFEND-
ANT-RESPONDENT.

See same case below: 39 *N. J. Super.* 103.

*Mr. James A. Major* for the petitioners.

*Messrs. Fast & Fast* for the respondent.

May 7, 1956. Granted.